IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONNA HANKS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL HODNETT, AND<br>LANDSTAR INWAY, INC.,<br><br>    Defendants. | 4:16CV3018<br><br>**ORDER** |

Parties have filed a joint motion to extend dates within the progression order. (Filing No. 24).

  IT IS ORDERED that the progression order is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on May 8, 2017, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on April 25, 2017 at **10:00 a.m.**, and will be conducted by WebEx conferencing. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on April 21, 2017.

3) A telephonic conference with the undersigned magistrate judge will be held on November 8, 2016 at **10:30 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is December 1, 2016. Motions to compel Rule 33 through 36 discovery must be filed by December 15, 2016

>**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

>For the plaintiff(s): September 27, 2016.
>
>For the defendant(s): October 27, 2016.

6) The deposition deadline is December 1, 2016.

7) The deadline for filing motions to dismiss and motions for summary judgment is December 15, 2016.

8) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 3, 2017.

July 19, 2016.

>BY THE COURT:
>
>*s/ Cheryl R. Zwart*
>United States Magistrate Judge