IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONNA HANKS,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL HODNETT, and<br>LANDSTAR INWAY, INC.,<br><br>        Defendants. | 4:16-CV-3018<br><br>JUDGMENT |

On the parties' Stipulation for Dismissal with Prejudice (filing 26), this action is dismissed with prejudice.

Dated this 13th day of January, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge